UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DUANE DENNIS,

      Plaintiff,

v.                              CASE NO.:  3:17CV00238-HEH

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

      Defendant.

## <u>NOTICE OF SETTLEMENT</u>

      Plaintiff, Duane Dennis, by and through the undersigned counsel, hereby notifies the Court the Parties have reached settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

      Respectfully submitted this 25th day of May, 2017.

                            */s/*_____
                            Hyatt B. Shirkey, Esquire
                            VA Bar No.:  80926
                            Hyatt Browning Shirkey Law Firm, PLC
                            3735 Franklin Road, S.W., Suite 251
                            Roanoke, VA 24014
                            Tele:  (540) 324-9288
                            Fax:  (540) 986-2199
                            Email: Hyatt@hbsesqfirm.com
                                    MRathbun@ForThePeople.com
                            Counsel for Plaintiff Duane Dennis

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

**McGuire Woods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:  804-775-1065
Fax:  804-698-2079
Garrett H. Hooe, Esquire
VA Bar No.:  83983
Email:  ghooe@mcguirewoods.com
Seth A. Schaeffer, Esquire
VA Bar No.:  74509
Email:  sschaeffer@mcguirewoods.com
*Counsel for Defendant*

/s/_____
Hyatt B. Shirkey, Esquire
VA Bar No.:  80926
Hyatt Browning Shirkey Law Firm, PLC
3735 Franklin Road, S.W., Suite 251
Roanoke, VA 24014
Tele:  (540) 324-9288
Fax:  (540) 986-2199
Email: Hyatt@hbsesqfirm.com
        MRathbun@ForThePeople.com
Counsel for Plaintiff Duane Dennis