UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


DUANE DENNIS,

    Plaintiff,

-vs-                                CASE NO.:  3:17-CV-00238-HEH

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION,

    Defendant.

_____/

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

    **COMES NOW** Plaintiff, Duane Dennis, and Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 7th day of July, 2017.


| | |
|---|---|
| */s/ Hyatt B. Shirkey* | */s/ Seth A. Schaeffer* |
| Hyatt B. Shirkey, Esquire | Seth A. Schaeffer, Esquire (VA Bar # 74509) |
| VA Bar No.:  80926 | Garrett H. Hooe, Esquire (VA Bar # 83983) |
| Hyatt Browning Shirkey Law Firm, PLC | McGuire Woods LLP |
| 3735 Franklin Road, S.W., Suite 251 | Gateway Plaza |
| Roanoke, VA 24014 | 800 East Canal Street |
| Tele:  (540) 324-9288 | Richmond, VA 23219 |
| Fax:  (540) 986-2199 | Tel:  (804) 775-1065 |
| Email: Hyatt@hbsesqfirm.com | Fax:  (804) 698-2079 |
|     MRathbun@ForThePeople.com | Email:  sschaeffer@mcguirewoods.com |
| *Counsel for Plaintiff* |     ghooe@mcguirewoods.com |
| | *Counsel for Defendant* |