IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DUANE DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:17CV238–HEH |
| | ) |
| CAPITAL ONE BANK (USA), | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal (ECF No. 12) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Jul 10, 2017
Richmond, VA